RECEIVED

AUG 2 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CONSTANCE FARRIS | CIVIL ACTION NO. 06-0793 |
| VS. | JUDGE DOHERTY |
| WENDELL JACKSON<br>J.H. WALKER, INC.,<br>  a/k/a J.H. Walker Trucking<br>CAROLINA CASUALTY INS. CO.<br>CONSUMER COUNTY MUTUAL INS. CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff, Constance Farris, alleges the following: On February 10, 2005, she was a guest passenger in a vehicle owned by her husband Eddie Farris and operated by her daughter, Laurie Waguespack; the vehicle was traveling east on U.S. Highway 90 in the right lane in St. Mary Parish; at the same timer, a vehicle owned by defendant J.H. Walker and driven by defendant Wendell Jackson was traveling east in the left lane of U.S. Highway 90; the plaintiff's vehicle was in the blind spot of Wendell Jackson's vehicle; Jackson attempted to change lanes from the left lane to the right lane but did not see plaintiff's vehicle in time, causing a collision; and plaintiff suffered injuries, including herniated cervical and lumbar discs, which initially required conservative treatment but later required surgery. Plaintiff seeks damages for her physical injuries, as well as for past and future physical pain and suffering; past and future mental anguish; past and future medical expenses; permanent disability; and loss of enjoyment of life.

Defendant Carolina Casualty Insurance Company is joined as a defendant as the liability insurance carrier for defendants J.H. Walker and Wendell Jackson.

Considering the nature of the injuries suffered by plaintiff, and particularly the fact that she has already undergone surgery for these injuries, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on August 23, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)